```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                          2:16-cr-97
                                                  Judge Marbley

Salvador Cordero-Mercado

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 24) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: September 9, 2016            s\Algenon L. Marbley
                                          Algenon L. Marbley
                                          United States District Judge